**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 16-2123**

─────────

KEVIN ROBERTSON,

        Debtor - Appellant,

    v.

UNITED STATES OF AMERICA; COMPTROLLER OF MARYLAND,

        Creditors – Appellees,

    and

MARK J. FRIEDMAN; U.S. TRUSTEE-BALTIMORE, II,

        Trustees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:16-cv-01109-JFM; 14-10434)

─────────

Submitted:  January 31, 2017        Decided:  February 2, 2017

─────────

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Kevin Robertson, Appellant Pro Se.   Julie Ciamporcero Avetta,
Kavitha Bondada, Bruce R. Ellisen, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C.; Michael Joseph Salem, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for
Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Robertson appeals the district court's order affirming the bankruptcy court's order denying his motion to reopen his prior Chapter 7 proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. United States, No. 1:16-cv-01109-JFM (D. Md. Sept. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED